**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

                                                Case No. 21-20200-CAP

SHERRI BERNIER,                            Chapter 13

        Debtor.

_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL
### RELIEF REQUESTED WITHOUT A HEARING

      **IT IS HEREBY** stipulated by and between the undersigned law firms, with the consent of the above Client, that Johnson Angel D'Souza, Esq., and Johnson A. D'Souza, P.A., shall be substituted in the place of Elias Leonard Dsouza, Esq., Kenneth Edward Walton, Esq., and Dsouza & Walton Law Group, P.A., as attorney of record for the above Debtor, in the above-styled case.

| | |
|---|---|
| Johnson Angel D'Souza, Esq. | Kenneth Edward Walton, Esq. |
| Johnson A. D'Souza, P.A. | Elias Leonard Dsouza, Esq. |
| 5214 SW 91st Ave, Suite # 4 | Dsouza & Walton Law Group |
| Cooper City, Florida | 950 South Pine Island Road, Suite # A-150 |
| Tel.: (786) 479-8575 | Plantation, FL 33324 |
| Email: johnsondsouzalaw@gmail.com | Tel.: (954) 358-5911 |
| | Email: kenneth@dsouzalegal.com |
| | Email: elias@dsouzalegal.com |

/s/ Johnson Angel D'Souza
Johnson Angel D'Souza, Esq.
Florida Bar No. 1049213

/s/ Kenneth Edward Walton
Kenneth Edward Walton, Esq.
Florida Bar No. 183997

/s/ Elias Leonard Dsouza
Elias Leonard Dsouza, Esq.
Florida Bar No. 399477

## CERTIFICATE OF SERVICE

I certify that on **July 31, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which caused it to be served electronically on the following parties:

- All parties registered to this case on CM/ECF

I further certify that on **July 31, 2026**, I served a copy of the foregoing document by email on the following parties:

- Kenneth Edward Walton, previous debtor's attorney (via email)
- Elias Leonard Dsouza, previous debtor's attorney (via email)
- Sherri Bernier, Debtor (via email)

**JOHNSON A. D'SOUZA, P.A.**
5214 SW 91st Ave, Suite # 4
Cooper City, Florida 33328
(786) 479-8575 (Telephone)
Email for State Court Pleadings:
johnsondsouzalaw@gmail.com

By: **/s/ Johnson Angel D'Souza**
Johnson Angel D'Souza, Jr., Esq.
Florida Bar No. 1049213
Email: johnsondsouzalaw@gmail.com